AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

OYSTER OPTICS, LLC )
)
*Plaintiff* )
)
v. ) Civil Action No. 2:16-cv-1301
)
CISCO SYSTEMS, INC. et al )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CISCO SYSTEMS, INC.
Prentice Hall Corporation System
211 East 7th Street
Suite 620
Austin, Texas 78701


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc A. Fenster
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   11/30/16

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
## Eastern District of Texas

Case Number: 2:16-CV-1301

Plaintiff:
**Oyster Optics, LLC**

vs.

Defendant:
**Cisco Systems, Inc. et al.**

For:
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604

Received by Austin Process LLC on the 2nd day of December, 2016 at 12:33 pm to be served on **Cisco Systems, Inc. by serving its registered agent, Corporation Service Company, 211 E 7th Street, Ste. 620, Austin, TX 78701**.

I, Mike Techow, being duly sworn, depose and say that on the **2nd day of December, 2016** at **1:15 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Summons and Complaint for Infringement** with the date of service endorsed thereon by me, to: **Sue Vertrees, Corporation Service Company** as **Authorized Agent** at the address of: **211 E 7th Street, Ste. 620, Austin, TX 78701** on behalf of **Cisco Systems, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was delivered. The facts stated in this affadavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 2nd day of December, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. HYBNER
My Notary ID # 129086987
Expires August 9, 2020

Mike Techow
SCH-1215, Exp. 7/31/17

**Austin Process LLC**
**809 Nueces**
**Austin, TX 78701**
(512) 480-8071

Our Job Serial Number: MST-2016009062
Ref: Oyster Optics, LLC v. Cisco

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e