# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OYSTER OPTICS, LLC, | § |
| | § |
| *Plaintiff,* | § |
| | §  CIVIL ACTION NO.  2:16-CV-1302-JRG |
| v. | §  (LEAD CASE) |
| | § |
| CISCO SYSTEMS, INC., | §  CIVIL ACTION NO.  2:16-CV-01301-JRG |
| | §  (MEMBER CASE) |
| *Defendant.* | § |
| | § |

## ORDER

Before the Court is Plaintiff Oyster Optics, LLC ("Oyster") and Defendant Cisco Systems, Inc.'s ("Cisco") Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (the "Stipulation"). (Dkt. No. 38.) Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate to dismiss the claims by and between the parties with prejudice.

In view of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, all claims, counterclaims, and causes of action asserted by and between Oyster and Cisco in this action are **DISMISSED WITH PREJUDICE**. All pending requests for relief between the parties are **DENIED AS MOOT**. It is **ORDERED** that each party bear its own costs, attorneys' fees, and expenses. The Clerk of the Court is directed to **CLOSE** Member Case No. **2:16-cv-1301-JRG.**

So ORDERED and SIGNED this 18th day of June, 2020.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE